IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

KELLEN McDouGal #996387
D-Seg RM. 2008
NEWTON CO. DETENTION CENTER

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.

OFFICER Jackson - NEWTON CO. DETENTION
GLENN YOUNG - Inmate
Sheriff Ezel BROWN

(NAME OF EACH DEFENDANT)

Defendant(s)

CIVIL ACTION NO:

5:14-CV-074

RECEIVED CLERK'S OFFICE 2014 FEB 21 AM 8:30 MIDDLE DISTRICT MACON, GEORGIA

I. GENERAL INFORMATION

1. Your full name and prison number  KELLEN ASHLEY McDouGal #996387
2. Name and location of prison where you are now confined  D-Seg. Rm. 2008 NEWTON CO. DETENTION CENTER - 15151 Alcovy rd. Covington, GA 30014
3. Sentence you are now serving (how long?)  NOT SENTENCED
   (a) What were you convicted of?  NOT CONVICTED
   (b) Name and location of court which imposed sentence  NOT SENTENCED
   (c) When was sentence imposed?  NOT SENTENCED
   (d) Did you appeal your sentence and/or conviction?    Yes ☐   No ☐
   (e) What was the result of your appeal? _____

(f) Approximate date your sentence will be completed __N/A__

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

   Yes ☐   No ☒

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
   (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

   Plaintiff(s):_____

   Defendant(s):_____

   (b) Name of Court:_____
   (c) Docket Number:_____ When did you file this lawsuit?_____
   (d) Name of judge assigned to case:_____
   (e) Is this case still pending?   Yes ☐   No ☐
   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
       (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

       _____

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes ☐   No ☒

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
   (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____

   (b) Name of Court:_____
   (c) Docket Number:_____ When did you file this lawsuit?_____
   (d) Name of judge assigned to case:_____
   (e) Is this case still pending?   Yes ☐   No ☐

(f)  If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_____

_____

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?    Yes ☐   No ☐

If your answer is Yes, state the name of the court and docket number as to each case:

_____

## III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? **CELL BLOCK C-2-RM. 1045 OF THE NEWTON CO. DETENTION CENTER**

   (a) Does this institution have a grievance procedure?   Yes ☒   No ☐

   (b) If your answer to question 9(a) is "Yes", answer the following:

   (1) Did you present your complaint(s) herein to the institution as a grievance?
   Yes ☒   No ☐

   (2) If Yes, what was the result? **Inmate Services stated that the Grievance is still under Investigation, but that's been weeks ago. My actual Grievance was never returned to me. I also filed a warrant on officer Jackson and GlennYoung but they both are still here and Nothing has been Done.**

   (3) If No, explain why not: _____

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

I Spoke with officer Brown and officer Reed, Both with Inmate services on 1-30-14. On This same Date They Spoke with Corporal Loveless about this Issue in my presents, but nothing has been done

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?   Yes [X]   No [ ]

(1) If Yes, to whom did you appeal and what was the result? _____

(2) If No, explain why you did not appeal: I wrote the Sheriff Here Ezel Brown AND My Family Also Called Here, but nothing has been Done About my Complaint. Inmate Services has not returned my Grievance to me.

10. In what other institutions have been confined? Give dates of entry and exit.

Baldwin State Prison - 2007, Cobb Co. Jail - 2007, Hancock State Prison - 2007, Rivers - State Prison - 2008, D-Roy James State Prison - 2009, Smith State Prison - 2009, Telfair - State Prison - 2010, Valdosta State Prison - 2010 - 2011, Macon State Prison - 2011, Baldwin - State Prison - 2012, Hays State Prison - 2012, Dekalb Co. Jail - 2012 - 2013, Paulding Co. - Jail - 2013

### IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

Kellen McDougal # 996387
Newton Co. Detention Center D-Seg. Rm. 2008
15151 Alcovy Rd.
Covington, GA. 30014

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Officer Jackson - Correctional officer - Newton Co. Detention Center
Glenn Young - Inmate - Newton Co. Detention Center
Ezel Brown - Sheriff - Newton Co. Detention Center

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE **REQUIRES** THAT PLEADINGS BE **SIMPLE**, **CONCISE**, and **DIRECT**! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? Cell Block C-2, Rm. 1045 of the Newton Co. Detention Center

WHEN do you allege this incident took place? Jan. 23, 2014 @ 5:15 PM

WHAT happened? On the above date and time officer Jackson opened the door to the room I was in in C-2 Rm. 1045 @ the Newton Co. Detention Center, and allowed inmate Glenn Young to assault me. Glenn Young stated loudly enough for the whole dorm to hear that "He was about to beat this pussy ass white boy to death" inside cell 1045 was my roommate and I inwhich we were both white inmates. After hearing this threat from Glenn Young officer Jackson opened the cell door to Rm. 1045 and Glenn Young ran into the cell and assaulted me numerous times in the head, face, and kicked me in the groin area. Glenn Young is a very large man standing @ an estimated height and weight of 6'6, 250 pds, or more. I tried to defend myself and when I did officer Jackson came into the cell and pointed the tazer gun directly at my face and stated to me if I made another move that he would shoot me. This incident has tramatized me and is gonna leave me with permanent scars on the inside and out. Officer Jackson violated my safety as well as the security of the Newton Co. Detention Center. This whole incident was recorded on the camera in Dorm C-2, but Sheriff Ezel Brown has done nothing to officer Jackson for this violation.

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

ZEBULON O'SHIELDS # 995915 WAS MY ROOMMATE IN C-2 RM.1245 He Witnessed the whole INCIDENT AND ALSO WROTE A STATEMENT. THE Jail HAS THE STATEMENT IF You would Like TO REQUEST A COPY. OTHER INMATES WOULD LIKE TO COME FORWARD About WHAT THEY WITNESSED but ARE SCARED OF OFFICER JACKSON.

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

I AM SEEKING $10,000 for MY PAIN AND SUFFERING FROM THE MULTIPLE NEAR DEATH INJURYS. THIS Sum $10,000 CAN COME FROM THE NEWTON CO. DETENTION CENTER, OFFICER JACKSON OR WHOM THE SHERIFF EZEL BROWN FEELS SHOULD BE RELIABLE TO PAY PER RULING OF THE COURT. I WANT OFFICER JACKSON Terminated FROM BEING Able TO WORK IN ANY AND ALL LAW ENFORCEMENT FACILITYS. This includes All Security Positions, SHERIFFS DEPARTMENTS, etc. OFFICER JACKSON IS NOT RESPONSIBLE IN A LAW ENFORCEMENT POSITION AND WHEN HE IS IN A POSITION THEREOF PEOPLES LIVES ARE INDANGER.

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this __14__ day of __February__, 20__14__.

_Kellan McDougal_
PLAINTIFF